IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mark Kirby, individually and on behalf of the Estate of Jane W. Kirby,<br><br>          Plaintiff,<br><br>vs.<br><br>South Carolina State Accident Fund and Amy Cofield,<br><br>          Defendants. | C/A No.: 3:23-659-MGL-SVH<br><br><br><br><br><br>ORDER |

      Mark Kirby ("Plaintiff") brings this *pro se* action on behalf of himself and the estate of his wife, Jane W. Kirby ("Mrs. Kirby"). On June 22, 2023, the Honorable Mary Geiger Lewis, United States District Judge, issued an order granting the motion to dismiss filed by prior defendants State of South Carolina and Henry D. McMaster. [ECF No. 41]. On August 21, 2023, the court received as undeliverable Judge Lewis's order. [ECF No. 47]. The envelope states "Return to Sender, Not Deliverable as Addressed, "Unable to Forward." *Id.*

      Plaintiff has not notified the court of any change of address at which he can be reached. Plaintiff is directed to advise the court of his address by September 7, 2023. If Plaintiff fails to advise the court of his address, the undersigned will recommend this case be dismissed failure to prosecute.

IT IS SO ORDERED.

August 24, 2023
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2